No. 234. THE ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* A. W. BURCKETT. In error to the District Court of the Parish of Caddo, State of Louisiana. Submitted by the plaintiff in error April 21, 1913. Decided April 28, 1913. *Per Curiam.* Judgment reversed with costs, and case remanded for further proceedings upon the authority of *Railroad Co.* v. *Hefley,* 158 U. S. 98; *Texas & Pacific Ry.* v. *Mugg,* 202 U. S. 242; *United States* v. *Miller,* 223 U. S. 599; *Ill. Central R. R.* v. *Henderson Elevator Co.,* 226 U. S. 441. *Mr. Taliaferro*

*Alexander, Mr. S. H. West, Mr. C. C. Collins* and *Mr. Roy T. Britton* for the plaintiff in error. No appearance for the defendant in error.